EXHIBIT B

FILED
2021 JUN 23 PM 1:05
CHARLEEN GROOMES
OKANOGAN COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF OKANOGAN

BRIGITTE WOODBURY, an individual,

    Plaintiff,

v.

WALMART, INC.

    Defendant.

NO. 21-2 0016024

COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Brigette Woodbury, by and through her attorneys Jonathan Nolley of the Emerald Law Group and Alex Thomason of Valor Law Group, and complains and alleges as follows:

### I. JURISDICTION AND VENUE

1.1   The above-entitled court has jurisdiction over the subject matter of this lawsuit.

1.2   The above-entitled court is the proper venue for this action because the incidents described herein and the negligent and tortious acts alleged herein occurred in Omak, Okanogan, Washington.

### II. PARTIES

2.1   At all times material hereto, Plaintiff Brigitte Woodbury ("Plaintiff") is and was an individual residing in Okanogan County, Washington.

COMPLAINT FOR DAMAGES- 1

COPY

**EMERALD LAW GROUP**
12055 15th Avenue NE
Seattle, Washington 98125
T: 206.826.5160
F: 206.922.5598

2.2     At all times relevant hereto, Defendant Walmart, Inc ("Walmart") is and was a corporation doing business in Okanogan County, Washington.

### III.  CLAIMS AGAINST DEFENDANT

3.1     Defendant is the owner of a local Walmart store located at 902 Engh Road, Omak, Washington.

3.2     On or about February 4, 2021, Plaintiff went shopping at Defendant's store.

3.3     When Plaintiff was in the electronics department of the store, an employee of Defendant, also in the electronics department, was pushing a flat "platform-style truck" cart ("the cart") that was low to the ground.

3.4     This same employee pushed the cart and left it directly behind where Plaintiff was standing with her back turned to the cart.

3.5     Neither the employee nor any other employee of Defendant took any steps to warn Plaintiff of the cart that was directly behind her.

3.6     As Plaintiff turned to leave, she tripped over the cart and suffered injuries.

3.7     At all times relevant hereto, Plaintiff was a business invitee at Defendant's store.

3.8     Defendant owed Plaintiff a duty to maintain a safe premises and to take measures to prevent Plaintiff from encountering any hazards or provide adequate warning to allow Plaintiff to avoid such hazards.

3.9     It was foreseeable that Plaintiff would trip and fall over the low-profile cart that was left behind her.

3.10    Defendant breached its duties when its employee left the cart directly behind Plaintiff and in a place where Plaintiff could not see the cart prior to turning and tripping over the low platform of the cart.

COMPLAINT FOR DAMAGES- 2

EMERALD LAW GROUP
12055 15th Avenue NE
Seattle, Washington 98125
T: 206.826.5160
F: 206.922.5598

3.11    As a direct and proximate result of Defendant's acts and/or omissions described herein, Plaintiff suffered damages.

## IV. DAMAGES

As a direct and proximate result of the Defendant's negligence and acts alleged herein, Plaintiff was injured, suffered and continue to suffer from, without limitation, severe personal injuries, physical disability and pain, pain and suffering, future pain and suffering, emotional trauma, medical expenses, loss of enjoyment of life, lost income and earnings, and other economic and non-economic damages to be proven at trial.

## V. LIMITED PHYSICIAN/PATIENT WAIVER

Plaintiff hereby waives the physician/patient privilege, but only to the extent required by RCW 5.60.060, and as limited by Plaintiff's Constitutional rights of privacy, contractual rights of privacy, and as circumscribed by the ethical and legal obligations of treating physicians and attorneys for the defendants not to engage in *ex parte* contact.

**WHEREFORE**, Plaintiff pray for relief as follows:

1. Judgment against the Defendant for damages sustained by Plaintiff in an amount to be determined at trial;

2. For Plaintiff's costs and disbursements herein;

3. For an award of Plaintiff's attorney's fees;

4. For an award of pre-judgment interest at the statutory rate on items of special damages including, without limitation, expenses of medical care and treatment and property damage; and

5. For such other and further relief as the court may deem just and equitable.

COMPLAINT FOR DAMAGES - 3

EMERALD LAW GROUP
12055 15th Avenue NE
Seattle, Washington 98125
T: 206.826.5160
F: 206.922.5598

DATED this 16th day of June, 2021.

EMERALD LAW GROUP, PLLC

Jonathan Nolley, WSBA No. 35850
Attorneys for Plaintiff


VALOR LAW GROUP PS

WSBA No. 35850

Alex Thomason, WSBA No. 35975
Attorneys for Plaintiff

COMPLAINT FOR DAMAGES- 4