FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIGITTE WOODBURY,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC.,<br><br>    Defendant. | No. 2:21-CV-00312-SAB<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 18. The parties move the Court to dismiss all claims and causes of action in the above-captioned case against Defendant, with prejudice, and without costs and/or attorney's fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and dismiss the action.

//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 18, is **GRANTED**.

2. The claims and causes of action against Defendant in the above-captioned matter are **DISMISSED with prejudice** and without costs and/or attorney's fees to any party.

3. The trial date and any remaining pretrial deadlines are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and close this file.

**DATED** this 31st day of January 2023.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION *2**